UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

USA                 §

§

vs.                 §      NO:  WA:22-CR-00205(7)-CRW

§

(7) Patrick Smith     §

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  February 2, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (7) Patrick Smith, which alleged that Smith violated a condition of his supervised release and recommended that Smith 's supervised release be revoked (Clerk's  Document No. 391).  A warrant issued and Smith was arrested.  On June 3, 2026, Smith appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Smith appeared before the magistrate judge on June 9, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on June 12, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Smith, the magistrate judge recommends that this court revoke

Smith supervised release and that Smith be sentenced to imprisonment for ELEVEN (11) months, including credit for any time already served wince his arrest, and with no term supervised release to follow the term of imprisonment (Clerk's Document No. 416).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On June 9, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 415). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 416 ) is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (7) Patrick Smith's term of

supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (7) Patrick Smith be imprisoned for

ELEVEN (11) months, including credit for any time already served since his arrest, and with no

term of supervised release.

Signed this 23rd day of June, 2026.

 

_____

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE